Writ refused. We find no error in the judgment of the Court of Appeal.

■

161 So.2d 276

**Lewis E. CARPENTER**

v.

**NEW AMSTERDAM CASUALTY COMPANY.**

No. 47132.

March 11, 1964.

In re: Lewis E. Carpenter applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Lafayette. 159 So.2d 757.

Writ refused. On the facts found by the Court of Appeal the result is correct.

■

161 So.2d 276

**J. M. MENEFEE et al.**

v.

**Samuel W. PIPES, Jr., et al.**

No. 47104.

March 11, 1964.

In re: Arkansas Louisiana Gas Company and the heirs of Samuel W. Pipes applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 159 So.2d 439.

Writ refused. The result reached by the Court of Appeal is correct.

McCALEB, J., concurs in the refusal of the application principally on the ground that, since defendants did not redeem the land from the State, they have not complied with the prerequisites set forth in LSA–R.S. 9:5803 and, consequently, are not entitled to claim that prescription was not suspended during the time that title was in the State.